# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PAUL M., | Case No. 8:21-cv-00517-JLS-KES |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation (Dkt. 25), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 29). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner of Social Security denying benefits.

DATED: August 30, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE