JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PAUL M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 8:21-cv-00517-JLS-KES <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge, the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: August 30, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE